**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF DELAWARE

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | In2vate, L.L.C. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 73-1479156 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **401 S Boston Ave Ste 315** <br> **Tulsa, OK 74103** <br> Number, Street, City, State & ZIP Code <br><br> **Tulsa** <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.ilearningengines.com | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor    **In2vate, L.L.C.**                                         Case number (*if known*)
              Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | B. *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | | __6114__ |

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor **In2vate, L.L.C.**  Case number (*if known*) _____
     Name

List all cases. If more than 1, attach a separate list

Debtor **See Rider 1**     Relationship _____

District **Delaware**     When _____     Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
Consolidated

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
Consolidated

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
Consolidated

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **In2vate, L.L.C.**                                          Case number (*if known*)
        Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 9, 2025**
             MM / DD / YYYY

X  **/s/ Bonnie-Jeanne Gerety**                         **Bonnie-Jeanne Gerety**
   Signature of authorized representative of debtor      Printed name

Title  **Interim Chief Financial Officer**

**18. Signature of attorney**

X  **/s/ Ian J. Bambrick**                              Date  **January 9, 2025**
   Signature of attorney for debtor                            MM / DD / YYYY

**Ian J. Bambrick**
Printed name

**Faegre Drinker Biddle & Reath LLP**
Firm name

**222 Delaware Avenue**
**Suite 1410**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **302-467-4200**    Email address  **ian.bambrick@faegredrinker.com**

**5455 DE**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

# **RIDER 1**

On December 20, 2024, iLearningEngines, Inc. ("ILE") and iLearningEngines Holdings, Inc. ("ILEH") each filed a voluntary petition with the United States Bankruptcy Court for the District of Delaware (the "Court") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), which are currently pending before the Court at Case No. 24-12826 (LSS) (for ILE) and 24-12827 (LSS) (for ILEH).

On December 27, 2024, iLearningEngines FZ-LLC ("ILE FZ") filed a voluntary petition with the Court for relief under chapter 11 of the Bankruptcy Code, which is currently pending before the Court at Case No. 24-12850 (LSS). ILE, ILEH, and ILE FZ are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure under the chapter 11 case of ILE, Case No. 24-12826 (LSS).

On the date hereof, the affiliated entity listed below (the "Debtor") filed a voluntary petition with the Court for relief under chapter 11 of the Bankruptcy Code. ILE, ILEH, ILE FZ, and the Debtor (collectively, the "Debtors") will move to supplement the previously granted joint administration of their cases to include the Debtor under the case number assigned to the chapter 11 case of Debtor ILE, Case No. 24-12826 (LSS).

- In2vate, L.L.C.

## WRITTEN CONSENT
## OF
## THE SOLE MEMBER
## OF
## IN2VATE, L.L.C.

The undersigned, being the sole member (the "Member") of In2vate, L.L.C., an Oklahoma limited liability company (the "Company"), acting by written consent and in accordance with the Company's Amended and Restated Operating Agreement and Articles of Organization, does hereby consent to the adoption of the following resolutions:

**WHEREAS**, the Member has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's assets, and credit market conditions;

**WHEREAS**, the Member has also considered potential restructuring options for the Company, including any potential transactions, and has considered presentations by management as well as legal advisors to the Company (such advisors in such applicable capacities, collectively, the "Advisors") regarding the assets, liabilities, prospects and liquidity situation of the Company, the strategic alternatives available to the Company and the impact of the foregoing on the Company's business, prospects, and enterprise value; and

**WHEREAS**, the Member has reviewed, had the opportunity to consult with, and ask questions of, the Advisors, and fully considered each of the strategic alternatives reasonably available to the Company, including the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT:**

**Commencement and Prosecution of Chapter 11 Case**

**RESOLVED**, that, in the judgment of the Member, it is desirable and in the best interests of the Company, its creditors, the Member, and other interested parties, that a voluntary petition (the "Petition") be filed by the Company in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") commencing a case (the "Chapter 11 Case") under the provisions of chapter 11 of the Bankruptcy Code for the Company; and it is further

**RESOLVED**, that the Manager of the Company (the "Authorized Representative") be, and hereby is, authorized, directed, and empowered, in the name of and on behalf of the Company, to execute, acknowledge, deliver, and verify the Petition and to cause the same to be filed with the Bankruptcy Court at such time as such Authorized Representative may determine; and it is further

**RESOLVED**, that the Authorized Representative be, and hereby is, authorized, directed, and empowered in the name of and on behalf of the Company, to execute, acknowledge, deliver,

and verify and file any and all schedules, statements of affairs, lists, and other papers and to take any and all related actions that such Authorized Representative may deem necessary or proper in connection with the filing of the Petition and commencement of the Chapter 11 Case; and it is further

**RESOLVED**, that the Authorized Representative be, and hereby is, authorized, directed, and empowered, from time to time in the name and on behalf of the Company, to cause the Company to perform its obligations under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices, and documents to be executed and delivered in such form, as the Authorized Representative shall approve, and the performance or execution thereof by the Authorized Representative shall be conclusive evidence of the approval thereof by the Authorized Representative and by the Company; and it is further

**RESOLVED**, that the Authorized Representative be, and hereby is, authorized, directed, and empowered from time to time in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, to pay all expenses, including filing fees, and to take such other actions, as in the judgment of the Authorized Representative, shall be necessary, proper, and desirable to prosecute to a successful completion the Chapter 11 Case and to effectuate the restructuring or liquidation of the Company's debt, other obligations, organizational form and structure, and ownership of the Company, all consistent with the foregoing resolutions and to carry out and put into effect the purposes of these resolutions, and the transactions contemplated by these resolutions, the Authorized Representative's authority thereunto to be evidenced by the taking of such actions; and it is further

**Appointment of Chief Restructuring Officer**

**RESOLVED**, that Winston Mar of CR3 Partners, LLC is hereby appointed as Chief Restructuring Officer of the Company on the terms provided in that certain Engagement Agreement, dated as of December 27, 2024; and it is further

**Retention of Professionals**

**RESOLVED**, that the law firm of Faegre Drinker Biddle & Reath LLP ("Faegre Drinker") be, and hereby is, authorized, directed, and empowered to represent the Company as corporate, finance, restructuring, and bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Chapter 11 Case; and in connection therewith, the Authorized Representative be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements and to pay a retainer to Faegre Drinker and to cause to be filed an appropriate application for authority to retain the services of Faegre Drinker; and it is further

**RESOLVED**, that Stretto, Inc. ("Stretto") be, and hereby is, authorized, directed, and empowered to serve as the notice, claims, solicitation, balloting, and administrative agent in connection with the Chapter 11 Case; and in connection therewith, the Authorized Representative be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements and to cause to be filed an appropriate application for authority to retain the services of Stretto; and it is further

**RESOLVED**, that the Authorized Representative be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company to employ any other individual and/or firm as professionals, consultants, financial advisors, or investment bankers to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the Authorized Representative be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

**RESOLVED**, that the Authorized Representative be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to secure the payment and performance of any post-petition financing by (i)(a) pledging or granting liens or mortgages on, or security interests in, all or any portion of the Company's assets, whether now owned or hereafter acquired, and (b) causing any subsidiary of the Company, if any, to pledge or grant liens or mortgages on, or security interests in, all or any portion of such subsidiary's assets, whether now owned or hereafter acquired, and (ii) entering into or causing to be entered into, including, without limitation, causing any subsidiaries of the Company to enter into, such credit agreements, guarantees, other debt instruments, security agreements, pledge agreements, control agreements, inter-creditor agreements, mortgages, deeds of trust, and other agreements as are necessary, appropriate, or desirable to effectuate the intent of, or matters reasonably contemplated or implied by, this resolution in such form, covering such collateral and having such other terms and conditions as are approved or deemed necessary, appropriate, or desirable by the Authorized Representative, the execution thereof by such Authorized Representative to be conclusive evidence of such approval or determination; and it is further

**General Resolutions**

**RESOLVED**, that the Member hereby adopts any resolution required under the applicable securities laws of any jurisdiction to be adopted in connection with any of the transactions contemplated hereby, if (i) in the opinion of the Authorized Representative, the adoption of such resolution is necessary or advisable, and (ii) such adoption is evidenced by the insertion of a copy of such resolution into the minute book of the Company, which will thereupon be deemed to have been adopted by the Member; and it is further

**RESOLVED**, that the Authorized Representative is hereby authorized in the name of and on behalf of the Company to perform any and all acts as may be necessary or desirable to execute, file, and deliver all instruments and other documents contemplated by the foregoing resolutions and to take any and all further action that such person may deem necessary or desirable to effectuate any action authorized by these resolutions and otherwise to carry out the purposes and intentions of the foregoing resolutions; and the execution by the Authorized Representative of any

such documents or the performance by the Authorized Representative of any such act in connection with the foregoing matters shall conclusively establish the Authorized Representative's authority therefor from the Company and the approval and ratification by the Company of the documents so executed and the actions so taken; and it is further

**RESOLVED**, that any and all actions heretofore taken by the Authorized Representative in connection with the transactions and other matters contemplated by the foregoing resolutions are hereby ratified, approved, confirmed and accepted in all respects.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Written Consent as of January 9, 2025.

iLearningEngines Holdings, Inc.,
as Sole Member

By: *David Samuels*
Name: David Samuels
Title: Secretary and Chief Legal Officer

**IN WITNESS WHEREOF**, the undersigned has duly executed this Written Consent as of January 9, 2025.

iLearningEngines Holdings, Inc.,
as Sole Member

By: *David Samuels*
Name: David Samuels
Title: Secretary and Chief Legal Officer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| iLearningEngines, Inc., *et al.*, | Case No. 24-12826 (LSS) |
| Debtors.[1] | (Joint Administration Requested) |

## CORPORATE OWNERSHIP STATEMENT

1. Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, iLearning Engines, Inc. ("iLE") hereby certifies as follows.

2. iLE is a publicly traded company.

3. Based on the books and records of iLE, no corporation owns 10% or more of the stock of iLE.

4. The following individuals directly or indirectly own 10% or more of the stock of iLE:

   a. P.K. Chidambaran owns 55.4%; and

   b. Preeta Chidambaran owns 13.4%.

5. iLE owns 100% of the equity of iLearningEngines Holdings, Inc.

6. iLearningEngines Holdings, Inc. owns 100% of the equity of iLearningEngines FZ-LLC, In2vate, L.L.C., and iLearningEngines Pty Ltd. as well as owns 99% of the equity of ILE iLearningEngines India PVT Ltd.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: iLearningEngines, Inc. (1600); iLearningEngines Holdings, Inc. (2335); In2Vate, L.L.C. (9156); and iLearningEngines FZ-LLC (N/A). The mailing address for each of the Debtors for purposes of the Debtors' chapter 11 cases is 6701 Democracy Boulevard, Suite 300, Bethesda, MD 20817.

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor name  **In2vate, L.L.C.** | |
| United States Bankruptcy Court for the:  DISTRICT OF DELAWARE | |
| Case number (if known) _____ | ☐ Check if this is an amended filing |

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  9, 2025**         X **/s/ Bonnie-Jeanne Gerety**
                                             Signature of individual signing on behalf of debtor

                                             **Bonnie-Jeanne Gerety**
                                             Printed name

                                             **Interim Chief Financial Officer**
                                             Position or relationship to debtor